

```
STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LESLIE E. OSBORNE, JR.,
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff,
UNITED STATES OF AMERICA
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 25 2000
at 3 o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00425 DAE |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| | ) | [26 U.S.C. § 7206(1)] |
| v. | ) | |
| ALEXANDER MAKEE COOKE, | ) | |
| Defendant. | ) | |

### INDICTMENT

The grand jury charges that:

On or about the 14th day of December, 1994, in the District of Hawaii, the Defendant ALEXANDER MAKEE COOKE, a resident of Honolulu, Hawaii, did willfully make and subscribe a Collection Information Statement for Individuals, Form 433-A, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal

Revenue Service, which said Collection Information Statement for Individuals, Form 433-A, he did not believe to be true and correct as to every material matter in that said Collection Information Statement for Individuals, Form 433-A, omitted any reference to the $76,070.19 that the Defendant possessed in an undisclosed bank account, and later on December 14, 1994, in the form of a cashier's check, whereas the Defendant then and there well knew and believed, that he did possess that $76,070.19 which he failed to disclose.

In violation of Title 26, United States Code, Section 7206(1).

DATED: October 25, 2000, Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

U.S.A. v. Alexander Makee Cooke,
CR. No.
Indictment

2